UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
June 7, 2006

No. 06-438

In Re: JOSEPH R. REID, JR.

    Movant

---

O R D E R

---

Movant has filed a motion pursuant to 28 U.S.C. Section 2244 for authorization to file a successive application for relief.

The Court denies the motion.

Entered at the direction of Judge Motz with the concurrence of Judge Traxler and Judge Shedd.

For the Court,

/s/ Patricia S. Connor
———————————————
CLERK

# UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia 23219-3517

Patricia S. Connor
Clerk

www.ca4.uscourts.gov

Telephone
(804) 916-2700

June 7, 2006

Joseph R. Reid Jr.
LANESBORO CORRECTIONAL INSTITUTION
#0339829
P. O. Box 280
Polkton, NC 28135

Re: 06-438 In Re: Reid

Dear Petitioner:

This is to notify you that there is no fee for filing a motion for authorization to file successive applications under 28 U.S.C. section 2244 with this court. Therefore, no action will be taken on your motion for in forma pauperis.

Yours truly,

PATRICIA S. CONNOR
Clerk

By: /s/ Sue Nagle
_____
Deputy Clerk

cc: Roy Cooper
    Clerk, U. S. District Court